**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

| | |
|---|---|
| Appellate case name: | Marvinell Harlan v. Texas Workforce Commission, Appeal Tribunal Hearing Officer J. Koehn, Hearing Officer L. Lawrence, and Commissioners Hope Andrade and Andres Alcantar |
| Appellate case number: | 01-17-00849-CV |
| Trial court case number: | 2015-11049 |
| Trial court: | 190th District Court of Harris County |

On August 7, 2018, this Court dismissed the appeal for want of jurisdiction. *See Harlan v. Tex. Workforce Comm'n*, No. 01-17-00849-CV, 2018 WL 3737639 (Tex. App.—Houston [1st Dist.] Aug. 7. 2018, no pet. h.) (mem. op.). A motion for rehearing was due by August 22, 2018. *See* TEX. R. APP. P. 49.1. Appellant, Marvinell Harlan, has filed three motions for an extension of time to file a motion for rehearing, and the deadline has been extended to November 12, 2018, with no further extensions. Nevertheless, appellant filed, and we granted, a fourth motion for an extension of time. Appellant's motion for rehearing then was due on November 19, 2018, with no additional extensions.

Appellant has filed an additional motion for an extension of time, requesting an extension to November 26, 2018. The motion is **granted**.

**Appellant's motion for rehearing is due to be filed no later than 10 days from the date of this order**. **NO EXTENSIONS WILL BE GRANTED**.

It is so ORDERED.

Judge's signature: __/s/ Russell Lloyd__

        ☒ Acting individually    ☐ Acting for the Court

Date: __November 27, 2018__